BRANDON J. BRODERICK, ESQ
ATTORNEY I.D.# 009462006
BRANDON J. BRODERICK, LLC
90 Main Street, Suite 201
Hackensack, New Jersey 07601
Attorney for Plaintiff(s)
201-853-1505

DATE FILED 5/24/17
PAYMENT # 60729
CA  CK  CC  MO  CG
AMOUNT 54
PAYOR Broderick
BATCH/REF/CASE# 59

| AHAMED RALLY, | SUPERIOR COURT OF NEW JERSEY |
|---|---|
| Plaintiff(s), | LAW DIVISION: BERGEN COUNTY |
| vs. | DOCKET NO. BER-L- 3674-17 |
| ROBERT KIRKBRIDE, CON-WAY FREIGHT INC, AND JOHN DOE 1-10 (fictitiously named) and ABC Co. 1-10 (fictitiously named) | CIVIL ACTION COMPLAINT and JURY DEMAND |
| Defendant(s). | |

SUPERIOR COURT BERGEN COUNTY
FILED
MAY 24 2017
DEPUTY CLERK

CIVIL DIVISION CASE PROCESSING
2017 MAY 25 P 1:50
RECEIVED

The Plaintiff, Ahamed Rally, residing at 127 Bay 14 Street, Apt 2F, Brooklyn, Kings County, New York, by way of Complaint against the Defendants says:

### FIRST COUNT

1. On or about the 23rd day of June, 2015, the Plaintiff, Ahamed Rally, was injured in a motor vehicle accident which occurred on Essex Street at the intersection of Summit Avenue, Hackensack, Bergen County, New Jersey.

2. At the above time and place, the Defendant, Robert Kirkbride, residing at 15 Thompson Avenue, Ludlow, Windsor County, Vermont, was operating a motor vehicle with the permission and consent, expressed or implied or in capacity as agent, servant or employee of the owner Defendant, Con-Way Freight Inc, residing at

3200 Industries Road, Richmond, Wayne County, Indiana and/or P.O. BOX 6046, Portland, Multnomah County, Oregon, traveling on Essex Street at the intersection of Summit Avenue, Hackensack, Bergen County, New Jersey.

3. At the above time and place, the Defendants so carelessly, negligently and recklessly operated, maintained or repaired said vehicle so as to cause a collision with Plaintiff.

4. At the same time and place, the Defendants John Doe 1-10 (fictitiously named) and ABC Co. 1-10 (fictitiously named) their agents or assigns, so carelessly, negligently and recklessly operated, maintained or repaired said vehicle so as to cause the within collision.

5. As a direct and proximate result of the foregoing, the Plaintiff, Ahamed Rally, was caused to sustain serious and permanent injuries as more particularly defined and set forth in N.J.S.A. 39:6A-8(a), and has suffered great pain, shock, and mental anguish, and was and still is, incapacitated and will be permanently disabled, and has in the past and will in the future be caused to expend substantial sums of money for medical treatment.

**WHEREFORE**, the Plaintiff, Ahamed Rally, demands judgment for damages against the Defendants jointly and severally, together with interest and costs of suit.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to the provisions of R.4:25-4, the Court is advised that Brandon J. Broderick, is hereby designated as trial counsel.

## JURY DEMAND

Plaintiff hereby demands a Trial by jury as to all issues herein.

## CERTIFICATION PURSUANT TO RULE 4:5-1

Pursuant to Rule 4:5-1, the undersigned certifies that the matter in controversy is not the subject of any other action pending in any Court or of a pending arbitration proceeding.

BRANDON J. BRODERICK, LLC

_____
Brandon J. Broderick, ESQ.
Attorney for Plaintiff

May 12, 2017

Appendix XII-B1

# CIVIL CASE INFORMATION STATEMENT
## (CIS)

Use for initial Law Division Civil Part pleadings (not motions) under Rule 4:5-1
Pleading will be rejected for filing, under Rule 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed

**FOR USE BY CLERK'S OFFICE ONLY**
PAYMENT TYPE: ☐ CK ☐ CG ☐ CA
CHG/CK NO.
AMOUNT:
OVERPAYMENT:
BATCH NUMBER:

ATTORNEY/PRO SE NAME: Brandon J. Broderick, Esq.
TELEPHONE NUMBER: (201) 853-1505
COUNTY OF VENUE: Bergen

FIRM NAME (if applicable): BRANDON J. BRODERICK, LLC
DOCKET NUMBER (when available): BER-L-3674-17

OFFICE ADDRESS: 90 Main Street, Suite 201, Hackensack, NJ 07601
DOCUMENT TYPE: COMPLAINT

NAME OF PARTY (e.g., John Doe, Plaintiff): Ahamed Rally
CAPTION: Ahamed Rally v. Robert Kirkbride, et al.
JURY DEMAND: ☒ YES ☐ NO

CASE TYPE NUMBER (See reverse side for listing): 603 N
HURRICANE SANDY RELATED? ☐ YES ☒ NO
IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ☒ NO
IF YOU HAVE CHECKED "YES," SEE N.J.S.A. 2A:53 A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT.

RELATED CASES PENDING? ☐ YES ☒ No
IF YES, LIST DOCKET NUMBERS

DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☐ YES ☒ No
NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known): Travelers Indemnity ☐ NONE ☐ UNKNOWN

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☐ YES ☒ NO
IF YES, IS THAT RELATIONSHIP: ☐ EMPLOYER/EMPLOYEE ☐ FAMILIAL ☐ FRIEND/NEIGHBOR ☐ BUSINESS ☐ OTHER (explain)

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES ☒ No

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ YES ☒ No
IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION

WILL AN INTERPRETER BE NEEDED? ☐ YES ☒ No
IF YES, FOR WHAT LANGUAGE?

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).

ATTORNEY SIGNATURE: /s/

Effective 10/01/2016, CN 10517

page 1 of 2



**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule 4:5-1*

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I - 150 days' discovery**
- 151  NAME CHANGE
- 175  FORFEITURE
- 302  TENANCY
- 399  REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502  BOOK ACCOUNT (debt collection matters only)
- 505  OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506  PIP COVERAGE
- 510  UM or UIM CLAIM (coverage issues only)
- 511  ACTION ON NEGOTIABLE INSTRUMENT
- 512  LEMON LAW
- 801  SUMMARY ACTION
- 802  OPEN PUBLIC RECORDS ACT (summary action)
- 999  OTHER (briefly describe nature of action)

**Track II - 300 days' discovery**
- 305  CONSTRUCTION
- 509  EMPLOYMENT (other than CEPA or LAD)
- 599  CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605  PERSONAL INJURY
- 610  AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621  UM or UIM CLAIM (includes bodily injury)
- 699  TORT – OTHER

**Track III - 450 days' discovery**
- 005  CIVIL RIGHTS
- 301  CONDEMNATION
- 602  ASSAULT AND BATTERY
- 604  MEDICAL MALPRACTICE
- 606  PRODUCT LIABILITY
- 607  PROFESSIONAL MALPRACTICE
- 608  TOXIC TORT
- 609  DEFAMATION
- 616  WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617  INVERSE CONDEMNATION
- 618  LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV - Active Case Management by Individual Judge / 450 days' discovery**
- 156  ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303  MT. LAUREL
- 508  COMPLEX COMMERCIAL
- 513  COMPLEX CONSTRUCTION
- 514  INSURANCE FRAUD
- 620  FALSE CLAIMS ACT
- 701  ACTIONS IN LIEU OF PREROGATIVE WRITS

**Multicounty Litigation (Track IV)**
- 271  ACCUTANE/ISOTRETINOIN
- 274  RISPERDAL/SEROQUEL/ZYPREXA
- 281  BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282  FOSAMAX
- 285  STRYKER TRIDENT HIP IMPLANTS
- 286  LEVAQUIN
- 287  YAZ/YASMIN/OCELLA
- 289  REGLAN
- 290  POMPTON LAKES ENVIRONMENTAL LITIGATION
- 291  PELVIC MESH/GYNECARE
- 292  PELVIC MESH/BARD
- 293  DEPUY ASR HIP IMPLANT LITIGATION
- 295  ALLODERM REGENERATIVE TISSUE MATRIX
- 296  STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS
- 297  MIRENA CONTRACEPTIVE DEVICE
- 299  OLMESARTAN MEDOXOMIL MEDICATIONS/BENICAR
- 300  TALC-BASED BODY POWDERS
- 601  ASBESTOS
- 623  PROPECIA

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics.

Please check off each applicable category    ☐ Putative Class Action    ☐ Title 59

Effective 10/01/2016, CN 10517

page 2 of 2